AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Mamoun Ahmed<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No.<br><br>2:18-mj- 1152-CM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 13, 2018__ in the county of __Lee__ in the
__Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Noah Williams, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/27/2018__

_____
*Judge's signature*

City and state: __Fort Myers, Florida__     CAROL MIRANDO, U.S. MAGISTRATE JUDGE
*Printed name and title*

FILED 2018 AUG 27 PM 4:42 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA

## AFFIDAVIT

I, Noah Williams, being first duly sworn, hereby depose and state as follows:

### Introduction

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been since February 15, 2016. For the seven years prior to this, I was employed as a Special Agent with the United States Naval Criminal Investigative Service.

2. I am currently assigned to ATF's Fort Myers, Florida Field Office. During my career, I have participated in multiple investigations relating to the illegal acquisition and sales of firearms and illegal narcotics. I have received extensive training in federal firearms and controlled substance laws.

3. The information set forth in this affidavit is based on my personal participation in this investigation, my training and experience, information received from other law enforcement officers, and a review of store surveillance video in connection with this investigation. I have not set forth every detail I know about this investigation, but have simply set forth facts that I believe are sufficient to establish probable cause for the issuance of the requested arrest warrant.

4. This affidavit is submitted in support of an application for an arrest warrant via criminal complaint against Mamoun Ahmed for a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon).



**Probable Cause**

5.    On June 13, 2018, the Fort Myers Police Department (FMPD) responded to the Gator Mart, located at 2284 Cranford Avenue, Fort Myers, Florida, in reference to a report that a man was pointing a gun at a patron. When law enforcement arrived on scene, they made contact with Mamoun Ahmed, an employee of the store. Additionally, law enforcement spoke with another store employee who advised she was in the store, witnessed Ahmed get into an argument with a store patron, and subsequently saw Ahmed point a black in color revolver at the patron. The store employee told police she observed Ahmed place the black in color revolver behind the store counter. Subsequently, law enforcement located a black in color, Smith and Wesson revolver behind the store counter. Law enforcement reviewed video surveillance from security cameras located within the store, which showed Mamoun Ahmed brandish a black in color revolver and point it at an unknown patron.

6.    Based on your affiant's training and experience, I know that this Smith and Wesson firearm has been manufactured outside the State of Florida and would have been shipped or transported in interstate commerce.

7.    Additionally, court documents, supported by arrest fingerprints, confirm Mamoun Ahmed is a convicted felon. Ahmed was convicted of criminal sale of a firearm, in the State of New York on or about July 20, 2006, which is a felony offense. According to the Executive Clemency Bureau, which maintains the official records of all restoration of civil rights granted by the New York State Board



of Parole and/or the Department of Corrections and Community Supervision, including the restoration of firearm privileges, no type of executive clemency or restoration of firearm privileges has ever been granted to Mamoun Ahmed.

### Conclusion

8.  Based on the foregoing, I believe there is probable cause to believe that Mamoun Ahmed has committed a violation of 18 U.S.C. § 922(g)(1).

_____
Noah Williams, Special Agent
ATF

Subscribed and sworn to before me this 27th day of August, 2018.

_____
CAROL MIRANDO
United States Magistrate Judge